| United States District Court | § | Southern District of Texas |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2020
David J. Bradley, Clerk

Stanley Fernandes, §
　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　§
versus　　　　　　§　　Civil Action H-20-2869
　　　　　　　　　§
Aldine Fortune, Inc., et al., §
　　　　　　　　　§
　　　　Defendants. §

## Final Dismissal

Having been advised that Stanley Fernandes no longer wishes to pursue his claims against Aldine Fortune, Inc., Mubarak Maredia, Rafik Bhandari, and Azim Maredia, this case is dismissed without prejudice. (7)

Signed on October 7, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge